UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYLAN WASKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUST-OLEUM CORPORATION,<br><br>Defendant. | Case No. 1:17-cv-02255 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Dylan Wasko and Defendant Rust-Oleum Corporation by and through their respective counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss the above-captioned matter with prejudice. The parties are to bear their own fees and costs except as pursuant to any other agreements as between the parties.

Dated: September 14, 2017          Respectfully submitted,

/s/ Todd. S. Garber                                /s/ John P. Ryan
Todd S. Garber                                       John P. Ryan
D. Gregory Blankinship                        Albert Angelo
**Finkelstein, Blankinship,**                Brandon Stein
**Frei-Pearson & Garber, LLP**          **Hinshaw & Culbertson LLP**
445 Hamilton Avenue, Suite 605        222 North LaSalle Street, Suite 300
White Plains, NY 10601                       Chicago, IL 60601
                                                              *Attorneys for Defendant*


Richard R Gordon
**Gordon Law Offices, Ltd.**
211 W Wacker Drive, Suite 500
Chicago, IL 60606
*Attorneys for Plaintiff*

{00287215 }                                                                                     300423466v1 2146